Dismissed and Memorandum Opinion filed August 12, 2004









Dismissed and Memorandum Opinion filed August 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00788-CV

____________

 

KOLL REAL
ESTATE GROUP, INC, Appellant

 

V.

 

JOHN A. OLSON,
ET AL., Appellees

 



 

On Appeal from the
10th District Court

 Galveston County, Texas

Trial Court Cause No.  02CV1358

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
June 10, 2003.

On July 22, 2004,  appellant filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.